# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 13-62267-CIV-DIMITROULEAS

DANIELLE HOLLENSHADE, individually,

                                                         Magistrate Judge Snow

       Plaintiff,

vs.

VENGROFF WILLIAMS, INC.,
a Florida corporation,

       Defendant.

_____/

### <u>FINAL ORDER OF DISMISSAL</u>

THIS CAUSE is before the Court on the parties' Notice of Settlement and Stipulation for Dismissal With Prejudice (the "Stipulation") [DE 16], filed herein on March 24, 2014. The Court has carefully considered the Stipulation [DE 16], notes the signature of counsel, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.     The Stipulation [DE 16] is hereby **APPROVED**;

2.     This action is **DISMISSED with prejudice**, with each party to bear its own attorneys' fees and costs except as otherwise agreed by the parties;

3.     Though the parties ask the Court to retain jurisdiction to enforce the settlement agreement, the Court lacks the power to do so. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1280 (11th Cir. 2012) ("[F]or a district court to retain jurisdiction over a settlement agreement where the parties dismiss the case by filing a stipulation of dismissal pursuant to Rule 41(a)(1)(A)(ii) . . . the parties must condition the effectiveness of the stipulation on the district court's entry of an order

retaining jurisdiction."); and

4.      The Clerk shall **CLOSE** this case and **DENY** all pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this

24th day of March, 2014.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record